UNITED STATES of America,
Plaintiff–Appellee,

v.

Warren James LEWIS, Defendant–
Appellant.

No. 13–10319
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 18, 2013.

Steven E. Butler, Kenyen Ray Brown, Sean P. Costello, Donna Barrow Dobbins, Maria E. Murphy, U.S. Attorney's Office Mobile, AL, for Plaintiff–Appellee.

Warren James Lewis, Tucson, AZ, pro se.

Before WILSON, HILL and ANDERSON, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for Warren Lewis in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lewis's conviction and sentence are **AFFIRMED.**